SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
A. CARLEY PALMER (Cal. Bar No. 307303)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0282
     Facsimile: (213) 894-0142
     E-mail:    carley.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>SIGIFREDO GURROLA BARRIENTOS et al.,<br>BRADFORD SCOTT SHEPLEY,<br>DOUGLAS VON BRUNNER, and<br>CHRISTOPHER DANIEL RUMSEY,<br><br>              Defendants. | Nos. CR 17-761-PA<br>     CR 17-763-PA<br>     CR 17-764-PA<br>     CR 17-765-PA<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER PERMITTING LIMITED DISCLOSURE OF APPLICATIONS, ORDERS, AFFIDAVITS, DOCUMENTS, AND RESULTING INTELLIGENCE OBTAINED RELATING TO PEN REGISTERS, CELL SITE / GPS ORDERS, AND OTHER INVESTIGATIVE TECHINQUES UNDERTAKEN PRE-INDICTMENT; [PROPOSED] ORDER |
|---|---|

The United States of America, by and through its attorney of record, the Acting United States Attorney for the Central District of California, hereby applies ex parte for permission to disclose applications, orders, affidavits, documents, and resulting intelligence obtained relating to pen registers, cell site / GPS orders, and other investigative techniques which were undertaken pre-indictment for the above-entitled matter. Such applications and

requests were filed under seal and as set forth in the Memorandum of Points and Authorities, the government would now like to unseal them for the limited purpose of producing such pleadings and resulting information to defense counsel as part of its discovery obligations and in order to prosecute the above-captioned matters.

 This application is based upon the files and records of this matter and the attached Memorandum of Points and Authorities.

Dated: December 22, 2017   Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney

    /s/
A. CARLEY PALMER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**Need for Disclosure**

On December 12, 2017, a federal grand jury returned four indictments against seventeen defendants, in relation to the government's investigation of a drug trafficking organization known as Manny's Delivery Service: United States v. Barrientos et al. (CR No. 17-761-PA), United States v. Brunner (CR No. 17-763-PA), United States v. Shepley (CR No. 17-764-PA), and United States v. Rumsey (CR No. 17-765-PA). The indictments were the culmination of an investigation that entailed not only federal wiretaps (the pleadings, orders, recordings, and line sheets of which the government has already sought permission to unseal and disseminate from the issuing District Court, the Honorable S. James Otero), but also the use of other investigative techniques, including pen registers, and cell site / GPS orders, which were obtained under seal as separate criminal duty matters.

Due to the initiation of these cases, the government believes that such pleadings, the related orders, as well as any resulting intelligence or information obtained should be disclosed to defense counsel as part of the government's prosecution of the case and its continuing discovery obligations. For purposes of efficiency and to conserve resources, the government seeks permission from the presiding District Court, in lieu of filing separate requests permitting disclosure in each individual criminal duty matter.

Therefore, the government seeks to unseal and disclose to defense counsel for the seventeen defendants (and any other defendants who may subsequently be added to the cases) all pleadings filed and all consequent orders obtained (as well as any resulting

1

intelligence or information obtained, if appropriate) previously under seal for those criminal matters, including:

**Pen Registers and Carrier Disclosure of Cell-Site / GPS Information**

| Issuing Date | Case No. | Issuing Judge |
|---|---|---|
| June 6, 2017 | MJ 17-1433 | Hon. Steve Kim |
| June 13, 2017 | MJ 17-1491 | Hon. Karen L. Stevenson |
| June 29, 2017 | MJ 17-1656 | Hon. Paul L. Abrams |
| August 4, 2017 | MJ 17-1985 | Hon. Alexander F. McKinnon |
| September 7, 2017 | MJ 17-2248 | Hon. Paul L. Abrams |
| September 25, 2017 | MJ 17-2389 | Hon. Karen L. Stevenson |
| December 12, 2017 | MJ 17-3124 | Hon. Charles F. Eik |

**Cell Site Simulators**

| Issuing Date | Case No. | Issuing Judge |
|---|---|---|
| June 13, 2017 | MJ 17-1491 | Hon. Karen L. Stevenson |
| August 4, 2017 | MJ 17-1984 | Hon. Alexander F. McKinnon |
| September 25, 2017 | MJ 17-2389 | Hon. Karen L. Stevenson |

**Request to Disclose Under Protective Order**

By this application, the government requests that the Court issue an order permitting the government to furnish all pleadings filed and all consequent orders obtained (as well as any resulting intelligence or information obtained, if appropriate) previously under seal for the aforementioned criminal duty matters, to counsel for each of the defendants in these matters (as well as any other newly added defendants) for use in any criminal proceedings in Case Nos. CR 17-761-PA, 17-763-PA, 17-764-PA, and 17-765-PA.  Instead of requesting that the pleadings, orders, and resulting intelligence or information obtained be unsealed in general vis-à-vis the general public, the government requests that it be permitted to disclose the items to counsel for each defendant, as there is no apparent reason for the documents to be disclosed to any additional persons at this

1  time, and unnecessary public disclosure may thwart ongoing
2  investigations or otherwise reveal investigative techniques used
3  during pre-indictment investigations.  Due to the nature of the
4  information contained in the documents, the government requests that
5  the Court also order that the documents, intelligence, and
6  information not be disseminated or disclosed by defense counsel to
7  anyone other than the defendant and members of the defense team.

```
 1  SANDRA R. BROWN
    Acting United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    A. CARLEY PALMER (Cal. Bar No. 307303)
 4  Assistant United States Attorney
    OCDETF Section
 5        1400 United States Courthouse
          312 North Spring Street
 6        Los Angeles, California 90012
          Telephone: (213) 894-0282
 7        Facsimile: (213) 894-0142
          E-mail:    carley.palmer@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

                        UNITED STATES DISTRICT COURT

                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SIGIFREDO GURROLA BARRIENTOS<br>   et al.,<br>BRADFORD SCOTT SHEPLEY,<br>DOUGLAS VON BRUNNER, and<br>CHRISTOPHER DANIEL RUMSEY,<br><br>        Defendants. | Nos. CR 17-761-PA<br>     CR 17-763-PA<br>     CR 17-764-PA<br>     CR 17-765-PA<br><br>[PROPOSED] ORDER PERMITTING LIMITED DISCLOSURE OF APPLICATIONS, ORDERS, AFFIDAVITS, DOCUMENTS, AND RESULTING INTELLIGENCE OBTAINED RELATING TO PEN REGISTERS, CELL SITE / GPS ORDERS, AND OTHER INVESTIGATIVE TECHINQUES UNDERTAKEN PRE-INDICTMENT |
|---|---|

This matter having come before the Court, upon the government's *Ex Parte* Application for Order Permitting Limited Disclosure of Applications, Orders, Affidavits, Documents, and Resulting Intelligence Obtained Relating to Pen Registers, Cell Site / GPS Orders, and Other Investigative Techniques Undertaken Pre-Indictment, the Court finds that there is good cause for the requested limited disclosure.

Therefore, IT IS ORDERED THAT:

1. In order to prosecute the above-captioned matters and comply with its continuing discovery obligations in those matters, the government may furnish, together with this Order, all pleadings filed and all consequent orders obtained (as well as any resulting intelligence or information obtained, if appropriate) previously under seal for criminal matters relating to the pre-indictment investigation resulting in the above-captioned cases, including:

**Pen Registers and Carrier Disclosure of Cell-Site / GPS Information**

| Issuing Date | Case No. | Issuing Judge |
| --- | --- | --- |
| June 6, 2017 | MJ 17-1433 | Hon. Steve Kim |
| June 13, 2017 | MJ 17-1491 | Hon. Karen L. Stevenson |
| June 29, 2017 | MJ 17-1656 | Hon. Paul L. Abrams |
| August 4, 2017 | MJ 17-1985 | Hon. Alexander F. McKinnon |
| September 7, 2017 | MJ 17-2248 | Hon. Paul L. Abrams |
| September 25, 2017 | MJ 17-2389 | Hon. Karen L. Stevenson |
| December 12, 2017 | MJ 17-3124 | Hon. Charles F. Eik |

**Cell Site Simulators**

| Issuing Date | Case No. | Issuing Judge |
| --- | --- | --- |
| June 13, 2017 | MJ 17-1491 | Hon. Karen L. Stevenson |
| August 4, 2017 | MJ 17-1984 | Hon. Alexander F. McKinnon |
| September 25, 2017 | MJ 17-2389 | Hon. Karen L. Stevenson |

2. The documents and information shall not be disseminated or disclosed by defense counsel to anyone other than the defendants and members of the defense teams without first obtaining the Court's permission.

//

//

3. Good cause having been shown, the documents and information shall remain sealed for all other purposes.

_____        _____
DATE                               HONORABLE PERCY ANDERSON
                                   UNITED STATES DISTRICT JUDGE

Presented by:

        /s/
_____
A. CARLEY PALMER
Assistant United States Attorney