

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 0 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL RUELAS,

Defendant.

Case No.  CR 17-761-PA

ORDER OF DETENTION

I.

On February 20, 2018, Defendant made his initial appearance in this district on the Indictment filed in this matter. Angel Navarro from the Indigent Defense Panel was appointed to represent Defendant. Defendant submitted on the Pretrial Services Agency's recommendation of detention.

☒    On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒    On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

the Court finds that the defendant has not rebutted the § 3142(e)(2) presumption by sufficient evidence to the contrary.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of

the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered all the evidence adduced at the hearing and the arguments, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒      Information provided by Defendant remained unverified at the time of initial appearance.

☒      Frequent travel to Mexico where Defendant's girlfriend resides

☒      no viable bail resources identified

☒      Defendant committed the offenses charged in the Indictment while on Probation following his conviction for similar conduct

☒      Unrebutted Presumption.


As to danger to the community:

☒      Allegations in the indictment include conspiracy to possess  with intent to distribute heroin and cocaine.

☒      Defendant committed the offenses charged in the Indictment while on Probation following his conviction for similar conduct

☒      Criminal History includes convictions for narcotics related offenses

☒      Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation

2

with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: February 20, 2018                    ____/s/_____
                                            HON. ALKA SAGAR
                                            UNITED STATES MAGISTRATE JUDGE

3